

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TOBY SCOTT NAVE, : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION NO.: CV205-255 |
| TRANS-COR OF AMERICA, : and Cpl. YOUNG, : | |
| Defendants. : | |

## ORDER

Plaintiff, an inmate currently confined at Allendale Correctional Institution in Fairfax, South Carolina, has filed an action pursuant to 42 U.S.C. § 1983. A plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983 if his complaint alleges facts showing that his rights as secured by the Constitution and the laws of the United States were violated, and that the violation was committed by a person acting under color of state law. Touchston v. McDermott, 234 F.3d 1133, 1137 (11th Cir. 2000). Plaintiff's Complaint alleges improper medical care during his incarceration in South Carolina. Plaintiff's allegations originate from a car accident which occurred in Brunswick, Georgia, while being transported from Florida to South Carolina.

An allegation that a defendant acted with mere negligence in causing Plaintiff's injury is not sufficient to support a claim under 42 U.S.C. § 1983. Daniels v. Williams, 474 U.S. 327, 330-31, 106 S. Ct. 662, 664, 88 L. Ed.2d 662, 668 (1986). "Section 1983 imposes liability for violations of rights protected by the Constitution, not for violations of

AO 72A
(Rev. 8/82)

duties of care arising out of tort law." <u>Baker v. McCollan</u>, 443 U.S. 137, 146, 99 S. Ct. 2689, 2695, 61 L. Ed.2d 433 (1979). A review of Plaintiff's Complaint reveals that Plaintiff has not alleged any constitutional violations which occurred within the Southern District of Georgia. Plaintiff merely alleges negligent conduct by Defendant Young in the operation of his vehicle.

Plaintiff may allege violations of his constitutional rights in his Complaint; however, the claims he alleges to have occurred in the Southern District of Georgia do not amount to constitutional violations. In the interest of justice, Plaintiff's Complaint should be reviewed and litigated in South Carolina. Accordingly, this action is hereby transferred to the United States District Court for the District of South Carolina, pursuant to 28 U.S.C. § 1404(a).

SO ORDERED, this 30 day of March, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA